UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:

CODY JAMES KAY  CASE NO.: **11-81290**
BRITTANY RENAE KAY  CHAPTER 13
DEBTOR(S)

*09/29/2014*
2nd POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

1. *Debtor(s) have paid in $25,603.36 through Month 36, September, 2014. Debtor(s) propose to pay by PAYROLL DEDUCTION through employer, PERFORMANCE CONTRACTORS, to the Chapter 13 Trustee, monthly plan payments of $940.00 per month beginning Month 37, October, 2014, and continuing throughout the remainder of this 60 month plan.* First plan payment is due on **10/21/2011**. The Debtor submits all future income to the supervision and control of the Trustee for the execution of this Plan.

2. **Claims to be paid *DIRECT* by the Debtor or *Other Party*:** None.

3. **Claims to be surrendered:** None.

4. **Claims to be paid through the plan by Trustee:**

    **Administrative Claims and/or Adequate Protection Payments:**

    a. **CHAPTER 13 TRUSTEE** shall receive approximately 10% of the plan payments.

    b. **DAVID J. KLANN** has an attorney fee balance of *$3,800.00 (to include $500.00 for the preparation and filing of this modified plan and schedules)* in connection with the filing of the Bankruptcy Petition to be paid in full by the Chapter 13 Trustee as soon as funds are available and at Trustee's discretion.

    c. **ADEQUATE PROTECTION CLAIMS** to be paid by Chapter 13 Trustee: See Paragraph 5.

5. **Secured Claims to be paid by the Trustee:**

    Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below:

    **FORD MOTOR CREDIT CORPORATION** is secured with **AUTOMOBILE: 2009 FORD F-150**. Creditor shall have a secured claim in the amount of *$32,064.00 @ 5.25% interest per annum (claim includes $431.00 in FORD MOTOR CREDIT attorney fees to be paid to FORD MOTOR CREDIT).*. As **Adequate Protection**, the Trustee will pay *$100.00* per month concurrently with Administrative Fees. As **Adequate Protection**, the Trustee will pay *$100.00* per month concurrently with Administrative Fees. *Ford shall be granted adequate protection as to its secured interest in the 2009 Ford F150 VIN 1FTRW14829FA73134, Ford Account Number XXXX2444 as follows. Debtors are ordered to remain current on all future payments to the Trustee and/or Ford. Should Debtors allow payments to lapse and fail to cure any default in payments within thirty (30) days written notice of default to Debtors and Debtors' attorney or should Debtors allow the insurance coverage on the vehicle to lapse and fail to obtain insurance coverage within ten (10) days written notice of default to Debtors and Debtors' attorney, in either event, Ford may move, ex parte, upon Affidavit of Default, to obtain relief from the stay and abandonment of the property. In the event of a*

*third default in payment or insurance, Ford may move, ex parte, upon Affidavit of Default, to obtain relief from the automatic stay against the property.*

**TOWER LOAN** is secured with **HOUSEHOLD GOODS AND FURNISHINGS**. Creditor shall have a secured claim in the amount of **$979.00 @ 5.25**% interest per annum. As **Adequate Protection**, the Trustee will pay **$15.00** per month concurrently with Administrative Fees.

6. **Unsecured Priority or Special Class Claims (not including Attorney/Trustee fees):**
   After secured claims are paid in full, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

   None.

7. **General Unsecured Claims:**

   *Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedule D and E as under-secured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.*

8. **Executory Contracts:** None.

9. **Other Provisions:**
   a. Title to Debtor(s) property will revest at confirmation.
   b. Insurance to protect those creditors having secured claims will be provided;
   c. Pursuant to 11 USC 1325(a)(5)(B), Secured creditors will retain their lien until the earlier of the payment of the underlying debt determined under non-bankruptcy law; or discharge under 1328. If the case under this chapter is dismissed or converted without completion of the plan, such lien shall also be retained by such holder to the extent recognized by applicable non-bankruptcy law.
   d. The Confirmation Order shall constitute a judgment avoiding any lien, whether by security or trust deed, mortgage, security agreement, judgment, operation of statue, or otherwise ("lien") to the extent that the lien does not attach to the value in debtor(s) property, as such value is set forth therein or determined by court, prior liens provided for in this plan and shall also avoid any lien to the extent the claim underlying such lien is not an allowed claim. Plan Confirmation shall void all judgments filed against the debtor(s) & that the holders of said judgments must execute releases of their judgments, which releases be prepared and submitted at the debtors' expense.

*\*ALL CHANGES ARE IN BOLD, ITALICS AND UNDERLINED.   THIS PLAN SUPERCEDES ANY EXISTING PLAN(S).   DEBTOR(S) FILED AMENDED PLAN TO ADD   TERMS TO COMPLY WITH ADEQUATE PROTECTION ORDER dated 8/7/14 (add Stephen Wheelis attorney fees for the filing of the Motion to Lift Stay).    Monthly plan payments of $940.00 per month beginning Month 37, October,   2014, and continuing throughout the remainder of this 60 month plan.*

**2nd POST-CONFIRMATION MODIFICATION**:  09/29/2014

                         **Respectfully Submitted:**

                         **/s/David J. Klann**
                         **DAVID J. KLANN ~ LA BAR #23162**
                         **Attorney, 607 S. 5TH Street, Leesville, LA 71446**
                         **Telephone: 337-238-1111     Fax: 337-238-2638**
                         **E-Mail:   klannatty@klannatty.com**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:

| | |
|---|---|
| **CODY JAMES KAY** | **CASE NO.: 11-81290** |
| **BRITTANY RENAE KAY** | **CHAPTER 13** |
| **DEBTOR(S)** | |

**CERTIFICATE OF SERVICE ON
2nd POST -CONFIRMATION MODIFICATION FILED 09/29/2014**

I hereby certify that the foregoing **"2nd Post -Confirmation Modification of Chapter 13 Plan Filed 09/29/2014** in this proceeding has been served on all interested an affected persons and entities by mailing a copy to each of them as listed and identified below, by United States mail, postage prepaid, at Leesville, Louisiana, on this **29th day of September, 2014.**

Jon C. Thornburg
Chapter 13 Trustee
PO Box 1991
Alexandria, LA 71309

U. S. Trustee
Via electronic means

| | | |
|---|---|---|
| Am-eagle/mccbg/GEMB<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 | American Honda Finance<br>1220 Old Alpharetta Road<br>Alpharetta, GA 30005 | Amhonda/gemb<br>Po Box 981439<br>El Paso, TX 79998 |
| Credit Collections Srv.<br>PO Box 9134<br>Needham, MA 02494 | David J. Klann, Attorney<br>607 S. 5th Street<br>Leesville, LA 71446 | eCAST Settlement Corporation<br>c/o Bass & Associates, PC<br>3936 E. Ft. Lowell Rd<br>Tucson, AZ 85712 |
| Ford Motor Credit Company LLC<br>Dept 55953<br>PO Box 55000<br>Detroit, MI 48255-0953 | Gemb/american Honda<br>Po Box 981439<br>El Paso, TX 79998 | HSBC<br>HSBC Retail Services/Attn: Bankr<br>PO Box 5263<br>Carol Stream, IL 60197 |
| Hsbc Bank<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>Carol Stream, IL 60197 | Hsbc/kawas<br>Pob 978<br>Wood Dale, IL 60191 | Merchants & Farmers Bank<br>Po Box 1151<br>Leesville, LA 71496 |
| Tower Loan of Leesville<br>PO Box 1146<br>Leesville, LA 71496 | Wheelis & Rozanski (2002)<br>Atty for Ford<br>POB 13199<br>Alexandria, LA 71315-3199 | Yamaha/gemb<br>GEMB/Attn: Bankruptcy Departmen<br>PO Box 103106<br>Roswell, GA 30076 |

      **/s/David J. Klann**
      **DAVID J. KLANN**