UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:

| | |
|---|---|
| CODY JAMES KAY | CASE NO.: <u>11-81290</u> |
| BRITTANY RENAE KAY | CHAPTER 13 |
| DEBTOR(S) | |

*April 29, 2015*
**3rd POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN**

1. *==Debtor(s) have paid in $30,361.18 through Month 43, April, 2015. Debtor(s) propose to pay by DIRECT PAY, to the Chapter 13 Trustee, monthly plan payments of (REDUCED TO) $200.00 per month beginning Month 44, May, 2015, and continuing throughout the remainder of this (reduced to) 52 month plan.==* First plan payment is due on **10/21/2011**. The Debtor submits all future income to the supervision and control of the Trustee for the execution of this Plan.

2. **Claims to be paid *DIRECT* by the Debtor or *Other Party*:** None.

3. **Claims to be surrendered:**

   ==*FORD MOTOR CREDIT COMPANY (BKR) is secured with SURRENDERED AUTO: 2009 Ford F-150 with a balance of $32,064.00 owed on this debt at the time of filing the Chapter 13 Case. Debtors are SURRENDERING the collateral and any deficiency, if any, shall be treated as any other general unsecured claim under this plan.*==

4. **Claims to be paid through the plan by Trustee:**

   **Administrative Claims and/or Adequate Protection Payments:**

   a. **CHAPTER 13 TRUSTEE** shall receive approximately 10% of the plan payments.

   b. **DAVID J. KLANN** has an attorney fee balance of ==*$4,300.00 (to include $500.00 for the preparation and filing of this modified plan and schedules)*== in connection with the filing of the Bankruptcy Petition to be paid in full by the Chapter 13 Trustee as soon as funds are available and at Trustee's discretion.

   c. **ADEQUATE PROTECTION CLAIMS** to be paid by Chapter 13 Trustee: See Paragraph 5.

5. **Secured Claims to be paid by the Trustee:**

   Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below:

   **FORD MOTOR CREDIT CORPORATION** is secured with **AUTOMOBILE: 2009 FORD F-150**. Creditor shall have a secured claim in the amount of ==*$22,288.21. $21,857.21 of which is the amount of principal and interest previously disbursed by the trustee prior to surrender, plus $431.00 in FORD MOTOR CREDIT attorney fees to be paid to FORD MOTOR CREDIT for a total of $22,288.21.*==

   **TOWER LOAN** is secured with **HOUSEHOLD GOODS AND FURNISHINGS**. Creditor shall have a secured claim in the amount of **$979.00 @ 5.25**% interest per annum. As **Adequate Protection**, the Trustee will pay **$15.00** per month concurrently with Administrative Fees.

6. **Unsecured Priority or Special Class Claims (not including Attorney/Trustee fees):**
   After secured claims are paid in full, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

   None.

7. **General Unsecured Claims:**

   *Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedule D and E as under-secured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.*

8. **Executory Contracts:** None.

9. **Other Provisions:**
   a. Title to Debtor(s) property will revest at confirmation.
   b. Insurance to protect those creditors having secured claims will be provided;
   c. Pursuant to 11 USC 1325(a)(5)(B), Secured creditors will retain their lien until the earlier of the payment of the underlying debt determined under non-bankruptcy law; or discharge under 1328. If the case under this chapter is dismissed or converted without completion of the plan, such lien shall also be retained by such holder to the extent recognized by applicable non-bankruptcy law.
   d. The Confirmation Order shall constitute a judgment avoiding any lien, whether by security or trust deed, mortgage, security agreement, judgment, operation of statue, or otherwise ("lien") to the extent that the lien does not attach to the value in debtor(s) property, as such value is set forth therein or determined by court, prior liens provided for in this plan and shall also avoid any lien to the extent the claim underlying such lien is not an allowed claim. Plan Confirmation shall void all judgments filed against the debtor(s) & that the holders of said judgments must execute releases of their judgments, which releases be prepared and submitted at the debtors' expense.

   *\*ALL CHANGES ARE IN BOLD, ITALICS AND UNDERLINED.   THIS PLAN SUPERCEDES ANY EXISTING PLAN(S).   DEBTOR(S) FILED AMENDED SCHEDULES B ( surrendered Ford Motor Credit 2009 Ford F-150), C, D ( surrendered Ford Motor Credit 2009 Ford F-150, reduced Ford Motor Credit claim to $22,288.21.   $21,857.21 of which is the amount of principal and interest previously disbursed by the trustee prior to surrender, plus $431.00 in FORD MOTOR CREDIT attorney fees to be paid to FORD MOTOR CREDIT for a total of $22,288.21), E, I (adjusted to include debtors unemployment income), J (adjusted budget), SUMMARY OF SCHEDULES & DECLARATION OF SCHEDULES.   Monthly plan payments of (REDUCED TO) $200.00 per month beginning Month 44, May,  2015, and continuing throughout the remainder of this (reduced to) 52 month plan.*

**3rd POST-CONFIRMATION MODIFICATION**:   April 29, 2015

          **Respectfully Submitted:**

          /s/David J. Klann
          **DAVID J. KLANN ~ LA BAR #23162**
          **Attorney, 607 S. 5TH Street, Leesville, LA 71446**
          **Telephone: 337-238-1111       Fax: 337-238-2638**
          **E-Mail:   klannatty@klannatty.com**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:

| | |
|---|---|
| **CODY JAMES KAY** | **CASE NO.: 11-81290** |
| **BRITTANY RENAE KAY** | **CHAPTER 13** |
| **DEBTOR(S)** | |

**CERTIFICATE OF SERVICE ON
3rd POST -CONFIRMATION MODIFICATION FILED April 29, 2015**

I hereby certify that the foregoing **"3rd Post -Confirmation Modification of Chapter 13 Plan Filed April 29, 2015** in this proceeding has been served on all interested an affected persons and entities by mailing a copy to each of them as listed and identified below, by United States mail, postage prepaid, at Leesville, Louisiana, on this **April 29, 2015.**

Jon C. Thornburg
Chapter 13 Trustee
PO Box 1991
Alexandria, LA 71309

U. S. Trustee
Via electronic means

| | | |
|---|---|---|
| Am-eagle/mccbg/GEMB
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076 | American Honda Finance
1220 Old Alpharetta Road
Alpharetta, GA 30005 | Amhonda/gemb
Po Box 981439
El Paso, TX 79998 |
| Credit Collections Srv.
PO Box 9134
Needham, MA 02494 | David J. Klann, Attorney
607 S. 5th Street
Leesville, LA 71446 | eCAST Settlement Corporation
c/o Bass & Associates, PC
3936 E. Ft. Lowell Rd
Tucson, AZ 85712 |
| Ford Motor Credit Company LLC
Dept 55953
PO Box 55000
Detroit, MI  48255-0953 | Gemb/american Honda
Po Box 981439
El Paso, TX 79998 | HSBC
HSBC Retail Services/Attn:  Bankr
PO Box 5263
Carol Stream, IL 60197 |
| Hsbc Bank
ATTN: BANKRUPTCY
PO BOX 5213
Carol Stream, IL 60197 | Hsbc/kawas
Pob 978
Wood Dale, IL 60191 | Merchants & Farmers Bank
Po Box 1151
Leesville, LA 71496 |
| Tower Loan of Leesville
PO Box 1146
Leesville, LA   71496 | Wheelis & Rozanski (2002)
Atty for Ford
POB 13199
Alexandria, LA 71315-3199 | Yamaha/gemb
GEMB/Attn: Bankruptcy Departmen
PO Box 103106
Roswell, GA 30076 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/David J. Klann**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DAVID J. KLANN**